**EXHIBIT B**

| Name | Domicile | Sent to Account 622 | Sent to Account 379 | Total Invested |
|---|---|---|---|---|
| Zhao, Hongying | People's Republic of China | $100,000.00 | | $100,000.00 |
| Liu, Juan | People's Republic of China | $50,000.00 | | $50,000.00 |
| He, Shensi | People's Republic of China | $50,000.00 | | $50,000.00 |
| Tian, Honglei | People's Republic of China | $125,000.00 | | $125,000.00 |
| Wang, Haiyan | People's Republic of China | $100,000.00 | | $100,000.00 |
| Wang, Jinmei | People's Republic of China | $125,000.00 | | $125,000.00 |
| Sun, Yihe | People's Republic of China | $60,000.00 | | $60,000.00 |
| Lu, Shaomin | People's Republic of China | $60,000.00 | | $60,000.00 |
| Gao, Ge | People's Republic of China | $60,000.00 | | $60,000.00 |
| Zhang, Kunyun | People's Republic of China | $185,000.00 | | $185,000.00 |
| Wang, Fengwei | People's Republic of China | $60,000.00 | | $60,000.00 |
| Wu, Dandong | People's Republic of China | $225,000.00 | | $225,000.00 |
| Wang, Xiaoli | People's Republic of China | $160,000.00 | | $160,000.00 |
| Wang, Peng | People's Republic of China | $50,000.00 | | $50,000.00 |
| Yang, Yimin | People's Republic of China | $50,000.00 | | $50,000.00 |
| Feng, Jingrui | People's Republic of China | $50,000.00 | | $50,000.00 |
| Shen, Ling | People's Republic of China | $50,000.00 | | $50,000.00 |
| Li, Cuirong | People's Republic of China | $50,000.00 | | $50,000.00 |
| Zheng, Hui | People's Republic of China | $250,000.00 | | $250,000.00 |
| Xiao, Changli | People's Republic of China | $125,000.00 | | $125,000.00 |
| Zu, Qiuyue | People's Republic of China | $250,000.00 | | $250,000.00 |
| Wang, Xiuhua | People's Republic of China | $50,000.00 | | $50,000.00 |
| Zhang, Xiaoyun | People's Republic of China | $400,000.00 | | $400,000.00 |
| Qin, Jinli | People's Republic of China | $50,000.00 | | $50,000.00 |
| Feng, Shuyan | People's Republic of China | $75,000.00 | | $75,000.00 |
| Zhang, Kanwen | People's Republic of China | $50,000.00 | | $50,000.00 |
| Lu, Qian | People's Republic of China | $175,000.00 | | $175,000.00 |
| Abushaar, Rani | Canada | $125,000.00 | | $125,000.00 |
| Achanta, Murali | California, USA | $125,000.00 | | $125, 000 |
| Akulova, Oksana | Russia | $125, 000.00 | | $125, 000.00 |
| Al Yousef, Nada | United Arab Emirates (UAE) | $25,000.00 | $75,000.00 | $100,000.00 |
| Ali, Mahfooz | India | $25, 000.00 | | $25, 000.00 |
| Almaimoni, Mohammed | Saudi Arabia | $125, 000.00 | | $125, 000.00 |
| Almozairee, Saleh | Saudi Arabia | $150, 000.00 | | $150, 000.00 |
| Alwami, Salam | Saudi Arabia | | $100, 000.00 | $100, 000.00 |
| Anico International LTD | Beijing, China | $25, 000.00 | | $25, 000.00 |
| Arora, Aankush | India | $25, 000.00 | | $25, 000.00 |
| Arora, Harjinder | Australia | $25, 000.00 | | $25, 000.00 |
| Ascarat, Jean-Pierre | France | $50, 000.00 | | $50, 000.00 |
| Badar, Abdul Rafay | Abu Dhabi, U.A.E | $60, 000.00 | | $60, 000.00 |
| Bassan, Gurpreet Singh | India | $25, 000.00 | | $25, 000.00 |
| Bhalla, Vinay | U.A.E | $50, 000.00 | | $50, 000.00 |
| Boltago, Alexander | Russia | $75, 000.00 | | $75, 000.00 |
| Borisvich, Kravtsov Sergey | Russia | $125, 000.00 | | $125, 000.00 |
| Borodulina, Ekaterina | Russia | $25, 000.00 | | $25, 000.00 |
| Brownhill, Denyse | U.A.E | | $50, 000.00 | $50, 000.00 |
| Bryandinskiy, Andrey | Russia | $90, 000.00 | | $90, 000.00 |
| Cao, Kechun | People's Republic of China | $75,000.00 | | $75,000.00 |
| Cao, Yong | People's Republic of China | $60,050.00 | | $60,050.00 |
| Carstens, Hermanus Johannes | Cape Town, South Africa | $30, 000.00 | | $30, 000.00 |
| Ceriani, Pierangelo | Singapore | | $25,000.00 | $25,000.00 |
| Chaney, Simran Rajesh | Abu Dhabi, U.A.E | | $25, 000.00 | $25, 000.00 |
| Chayatanya, Mantrala | India | | $50, 000.00 | $50, 000.00 |
| Chen, Guoming | People's Republic of China | $60,000.00 | | $60,000.00 |
| Chen, Hu | People's Republic of China | $120,030.00 | | $120,030.00 |
| Chen, Lei | People's Republic of Docina | $10,000.00 | | $10,000.00 |
| Chen, Liancheng | People's Republic of China | $60,000.00 | | $60,000.00 |
| Chen, Weifei | People's Republic of China | $60,100.00 | | $60,100.00 |

**EXHIBIT B**

| Name | Domicile | Sent to Account 622 | Sent to Account 379 | Total Invested |
|---|---|---|---|---|
| Chen, Yong | People's Republic of China | $60,050.00 | | $60,050.00 |
| Chen, Yonggang | People's Republic of China | $500,000.00 | | $500,000.00 |
| Chu, Juan | People's Republic of China | $50,000.00 | | $50,000.00 |
| Crosskill, David | United Kingdom | $25, 000.00 | | $25, 000.00 |
| Dai, Guopei | People's Republic of China | $60,000.00 | | $60,000.00 |
| Darsigova, Zalina | Russia | $25, 000.00 | | $25, 000.00 |
| Deng, Jianyu | People's Republic of China | $60,000.00 | | $60,000.00 |
| Dev Kumar, Kunal | Australia | $50, 000.00 | | $50, 000.00 |
| Dobinson, Paul | United Kingdom | | $25, 000.00 | $25, 000.00 |
| D'Souza, Alka Richard | U.A.E | $30, 000.00 | | $30, 000.00 |
| Espinosa, Antonio Villar | Mexico | $308, 668.00 | | $308, 668.00 |
| Faheem, Alam | Qatar | $25, 000.000 | | $25,000.00 |
| Feng, Huanchun | People's Republic of China | $120,000.00 | | $120,000.00 |
| Foo, Chee Pin | Malaysia | $50,000.00 | | $50,000.00 |
| Frischmann, Sabrina | United Kingdom | $25, 000.00 | | $25, 000.00 |
| Gambini, Fabio | Italy | $21, 963.00 | | $21, 963.00 |
| Gao, Wei | People's Republic of China | $50,000.00 | | $50,000.00 |
| George, Texon | India | $25, 000.00 | | $25, 000.00 |
| Giannoulis, Alex | Greece | $25, 000.00 | | $25, 000.00 |
| Glover, Stephen | United Kingdom | $75, 000.00 | | $75, 000.00 |
| Gong, Xian | People's Republic of China | $240,000.00 | | $240,000.00 |
| Greaves, Damien | Encamp, Andorra | $25, 000.00 | | $25, 000.00 |
| Gu, Yinghua | People's Republic of China | $125,000.00 | | $125,000.00 |
| Gui, Zhaojun | People's Republic of China | $50,000.00 | | $50,000.00 |
| Gupta, Atul | Hong Kong, China | $25, 000.00 | | $25, 000.00 |
| Gupta, Rajinder | India | $125, 000.00 | | $125, 000.00 |
| Gupta, Sunita | India | $125, 000.00 | | $125, 000.00 |
| Gutschlag, Fiona | New Zealand | $50, 000.00 | | $50, 000.00 |
| He, Guannan | People's Republic of China | $50,000.00 | | $50,000.00 |
| He, Jiabin | People's Republic of China | $50,000.00 | | $50,000.00 |
| Hepurn, Neil | United Kingdom | $75, 000.00 | | $75, 000.00 |
| Hernandez, Silvia | Encamp, Andorra | $25, 000.00 | | $25, 000.00 |
| Hou, Huiling | People's Republic of China | $60,000.00 | | $60,000.00 |
| Houghton, Jocelynne | Australia | | $50, 000.00 | $50, 000.00 |
| Hu, Yali | People's Republic of China | $50,000.00 | | $50,000.00 |
| Hussain, Belayet | United Kingdom | $25, 000.00 | | $25, 000.00 |
| Hussin, Aiman | Malaysia | $25, 000.00 | | $25, 000.00 |
| Jadegondanahalli, Jai | Florida, USA | $75, 000.00 | | $75, 000.00 |
| Jain, Sahil | California, USA | $25, 000.00 | | $25, 000.00 |
| Jayachandra, Rohit | New Jersey, USA | $30, 000.00 | | $30, 000.00 |
| Jayaram, Pradeep | Qatar | $25, 000.00 | | $25, 000.00 |
| Jian, Zhiliang | People's Republic of China | $60,000.00 | | $60,000.00 |
| Jiang, Jingyi | People's Republic of China | $10,000.00 | | $10,000.00 |
| Karunakaran, Shine | India | | $25, 000.00 | $25, 000.00 |
| Ke, Meiling | People's Republic of China | $60,000.00 | | $60,000.00 |
| Kendall, Harry | United Kingdom | $50, 000.00 | | $50, 000.00 |
| Korenblit, Yevgeniy | Switerland | $55, 00.00 | | $55, 000.00 |
| Kothari, Priyank | Hong Kong, China | | $125, 000.00 | $125, 000.00 |
| Krishnankutty, Rajeev Paliath | Australia | $30,000.00 | | $30,000.00 |
| Kumar, Vasudevan Girish | Qatar | $60, 000.00 | | $60, 000.00 |
| Lai, Oi Kan | Singapore | $225,000.00 | $25,000.00 | $250,000.00 |
| Laroia, Vineet | India | $50, 000.00 | | $50, 000.00 |
| Lei, Tang | People's Republic of China | $30,000.00 | | $30,000.00 |
| Li, Chenhu | People's Republic of China | $110,000.00 | | $110,000.00 |
| Li, Fang | People's Republic of China | $60,000.00 | | $60,000.00 |
| Li, Hanbo | People's Republic of Chicna | $50,000.00 | | $50,000.00 |
| Li, Jingyan | People's Republic of China | $25,000.00 | | $25,000.00 |
| Li, Meizhen | People's Republic of China | $25,000.00 | | $25,000.00 |

**EXHIBIT B**

| Name | Domicile | Sent to Account 622 | Sent to Account 379 | Total Invested |
|---|---|---|---|---|
| Li, Pengcheng | New Jersey, USA | $960,000.00 | | $960,000.00 |
| Li, Qian | People's Republic of China | $50,000.00 | | $50,000.00 |
| Li, Tao | People's Republic of China | $60,000.00 | | $60,000.00 |
| Li, Weiwei | People's Republic of China | $190,000.00 | | $190,000.00 |
| Li, Xue | People's Republic of China | $50,000.00 | | $50,000.00 |
| Li, Yuechao | People's Republic of China | $50,000.00 | | $50,000.00 |
| Li, Zile | People's Republic of China | $60,000.00 | | $60,000.00 |
| Liang, Ruifu | People's Republic of China | $50,000.00 | | $50,000.00 |
| Liu, Fang | People's Republic of China | $60,000.00 | | $60,000.00 |
| Liu, Hongmei | People's Republic of China | $30,000.00 | | $30,000.00 |
| Liu, Shaokun | People's Republic of China | $60,000.00 | | $60,000.00 |
| Liu, Xiaohui | People's Republic of China | $100,000.00 | | $100,000.00 |
| Liu, Yixin | People's Republic of China | $75,000.00 | | $75,000.00 |
| Lu Chen, Ching-Chi | Taiwan ROC | | $25,000.00 | $25,000.00 |
| Lu, Chaomin | People's Republic of China | $120,000.00 | | $120,000.00 |
| Ma, Xinxin | People's Republic of China | $75,000.00 | | $75,000.00 |
| Mannanov, Timur | Nevada, USA | $25,000.00 | | $25,000.00 |
| Mao, Zhongyun | People's Republic of China | $50,000.00 | | $50,000.00 |
| Mccartin, Gerry | Australia | $47,500.00 | | $47,500.00 |
| Menghani, Deepak | Singapore | $30,000.00 | | $30,000.00 |
| Miranda, Sharon | United Arab Emirates (UAE) | | $50,000.00 | $50,000.00 |
| Mishra, Anamika | United Arab Emirates (UAE) | $25,000.00 | | $25,000.00 |
| Mohamed, Diaaeldin A | United Arab Emirates (UAE) | $100,000.00 | | $100,000.00 |
| Monticello, Guido | Italy | $44,000.00 | | $44,000.00 |
| Moza, Geeta | India | $30,000.00 | | $30,000.00 |
| Muasher, Ramzi | Jordan | $56,250.00 | | $56,250.00 |
| Mujeeb Khan, Abdul | India | $25,000.00 | | $25,000.00 |
| Mukherjee, Suvashis | Netherlands | $25,000.00 | | $25,000.00 |
| Mummery, Katrina | United Kingdom (UK) | $25,000.00 | | $25,000.00 |
| Nagpal, Reetu | India | $50,000.00 | | $50,000.00 |
| Namburi, Kalyan Varma | California, USA | $25,000.00 | | $25,000.00 |
| Narke, Charusheela | Qatar | $50,000.00 | | $50,000.00 |
| Narke, Chennabasaveshwar | Qatar | $50,000.00 | | $50,000.00 |
| Nelapti, Madhavi Latha | India | | $25,000.00 | $25,000.00 |
| Nemirovsky, Vladislav | Israel | $125,000.00 | | $125,000.00 |
| Ni, Ying | People's Republic of China | $50,000.00 | | $50,000.00 |
| Ogunrotimi, Seye | Uganda | $35,000.00 | | $35,000.00 |
| Pan, Minyu | People's Republic of China | $60,000.00 | | $60,000.00 |
| Pan, Yidong | People's Republic of China | $100,000.00 | | $100,000.00 |
| Pandya, Sagar | India | $30,000.00 | | $30,000.00 |
| Parmar, Manmit | India | $25,000.00 | | $25,000.00 |
| Patel, Malav | United Arab Emirates (UAE) | $30,000.00 | | $30,000.00 |
| Patra, Rajib | Australia | $50,000.00 | | $50,000.00 |
| Pettinato, Luca | Florida, USA | $500,000.00 | | $500,000.00 |
| Pi, Xiaoting | People's Republic of China | $60,000.00 | | $60,000.00 |
| Pierce, Richard | Oklahoma, USA | $75,000.00 | | $75,000.00 |
| Qi, Jiaxi | People's Republic of China | $60,000.00 | | $60,000.00 |
| Rackova, Jana | Singapore | | $125,000.00 | $125,000.00 |
| Radivil, Eugeniia | Russia | $250,000.00 | | $250,000.00 |
| Raj, Amit | United Arab Emirates (UAE) | $60,000.00 | | $60,000.00 |
| Rajeev, Manjula | Australia | $25,000.00 | | $25,000.00 |
| Ramakrishnan, Kumar | Singapore | $55,000.00 | | $55,000.00 |
| Ramirez, Ronal | Kingdom of Bahrain | | $50,000.00 | $50,000.00 |
| Ran, Jing | People's Republic of China | $90,000.00 | | $90,000.00 |
| Rao, Ziling | People's Republic of China | $125,000.00 | | $125,000.00 |
| Razdan, Sajiv | Singapore | $30,000.00 | | $30,000.00 |
| Rios, Vanessa Lavin | Mexico | $330,646.00 | | $330,646.00 |
| Sachdeva, Anurag | United Arab Emirates (UAE) | $30,000.00 | | $30,000.00 |

**EXHIBIT B**

| Name | Domicile | Sent to Account 622 | Sent to Account 379 | Total Invested |
|---|---|---|---|---|
| Sachdeva, Pooja | United Kingdom (UK) | $50,000.00 | | $50,000.00 |
| Salunkhay, Nikhil | United Arab Emirates (UAE) | $25,000.00 | | $25,000.00 |
| Saraf, Abhishek | India | $60,000.00 | | $60,000.00 |
| Saymeh, Abir | Saudi Arabia | $225,000.00 | | $225,000.00 |
| Sharma, Manoj | United Kingdom (UK) | $25,000.00 | | $25,000.00 |
| Shen, Xiaolei | People's Republic of China | $50,000.00 | | $50,000.00 |
| Sheng, Kai | People's Republic of China | $75,000.00 | | $75,000.00 |
| Shi, Min | People's Republic of China | $60,000.00 | | $60,000.00 |
| Simm, Michael | United Kingdom (UK) | $25,000.00 | | $25,000.00 |
| Sims, David | Spain | $125,000.00 | | $125,000.00 |
| Singh, Kamal | United Arab Emirates (UAE) | $60,000.00 | | $60,000.00 |
| Singh, Prabhpreet | India | $75,000.00 | | $75,000.00 |
| Sivalingam, Saravanan | India | $25,000.00 | | $25,000.00 |
| Snida LLC | Florida, USA | | $50,000.00 | $50,000.00 |
| Sokolov, Alexander | Russia | $275,000.00 | | $275,000.00 |
| Sokolov, Mikhail | Russia | $300,000.00 | | $300,000.00 |
| Song, Jianmin | People's Republic of China | $120,000.00 | | $120,000.00 |
| Sood, Kunal | Hong Kong | $30,000.00 | | $30,000.00 |
| Souza, Richard | United Arab Emirates (UAE) | | $25,000.00 | $25,000.00 |
| Spichak, Oleg | Russia | $150,000.00 | | $150,000.00 |
| Stoianov, Iwo | United Arab Emirates (UAE) | $44,000.00 | | $44,000.00 |
| Su, Liangzi | People's Republic of China | $100,000.00 | | $100,000.00 |
| Su, Min | People's Republic of China | $50,000.00 | | $50,000.00 |
| Subramanya, Denkanikttai | India | $50,000.00 | | $50,000.00 |
| Sun, Congbing | People's Republic of China | $60,000.00 | | $60,000.00 |
| Sun, Linlin | People's Republic of China | $50,000.00 | | $50,000.00 |
| Velugula, Mohini | India | $30,000.00 | | $30,000.00 |
| Venkatasubramanian, Vinod | Netherlands | $30,000.00 | | $30,000.00 |
| Volkova, Marina | Russia | $30,000.00 | | $30,000.00 |
| Wan, Jinxin | People's Republic of China | $60,000.00 | | $60,000.00 |
| Wan, Qing | People's Republic of China | $60,000.00 | | $60,000.00 |
| Wang, Huatian | Taiwan ROC | $150,000.00 | | $150,000.00 |
| Wang, Huiying | People's Republic of China | $120,000.00 | | $120,000.00 |
| Wang, Tailai | People's Republic of China | $60,000.00 | | $60,000.00 |
| Wang, Yanling | People's Republic of China | $30,000.00 | | $30,000.00 |
| Wang, Zhuozheng | People's Republic of China | $60,000.00 | | $60,000.00 |
| Watts, Barbara | United Kingdom (UK) | $25,000.00 | | $25,000.00 |
| Wen, Xia | People's Republic of China | $50,000.00 | | $50,000.00 |
| Wilkinson, Carol | United Kingdom (UK) | $50,000.00 | | $50,000.00 |
| Wootten, Christopher | United Kingdom (UK) | $25,000.00 | | $25,000.00 |
| Wu, Di | People's Republic of China | $50,000.00 | | $50,000.00 |
| Xiao, Yan | People's Republic of China | $60,000.00 | | $60,000.00 |
| Xie, Qiqi | People's Republic of China | $60,000.00 | | $60,000.00 |
| Xie, Zhanghong | People's Republic of China | $60,000.00 | | $60,000.00 |
| Xu, Jiarong | People's Republic of China | $120,000.00 | | $120,000.00 |
| Xu, Ke | People's Republic of China | $60,000.00 | | $60,000.00 |
| Yan, Dongyin | People's Republic of China | $60,000.00 | | $60,000.00 |
| Yang, Jiansong | People's Republic of China | $20,000.00 | | $20,000.00 |
| Yang, Jing | People's Republic of China | $50,000.00 | | $50,000.00 |
| Yang, Yuhan | People's Republic of China | $100,000.00 | | $100,000.00 |
| Yi, Jing | People's Republic of China | $250,000.00 | | $250,000.00 |
| Yin, Gang | People's Republic of China | $120,000.00 | | $120,000.00 |
| Yu, Fang | People's Republic of China | $100,000.00 | | $100,000.00 |
| Yu, Meng | People's Republic of China | $75,000.00 | | $75,000.00 |
| Yu, Xiang | People's Republic of China | $175,000.00 | | $175,000.00 |
| Yuan, Rongqing | People's Republic of China | $120,000.00 | | $120,000.00 |
| Yuan, Yi | People's Republic of China | | $100,000.00 | $100,000.00 |
| Zhang, Bowen | People's Republic of China | $50,000.00 | | $50,000.00 |

**EXHIBIT B**

| Name | Domicile | Sent to Account 622 | Sent to Account 379 | Total Invested |
|---|---|---|---|---|
| Zhang, Min | People's Republic of China | $30,000.00 | | $30,000.00 |
| Zhang, Ting | People's Republic of China | $50,000.00 | | $50,000.00 |
| Zhang, Xuelian | People's Republic of China | $50,000.00 | | $50,000.00 |
| Zhang, Yuechun | People's Republic of China | $50,000.00 | | $50,000.00 |
| Zhao, Hong | People's Republic of China | $60,000.00 | | $60,000.00 |
| Zhao, Lu | People's Republic of China | $60,000.00 | | $60,000.00 |
| Zhao, Xin | People's Republic of China | $60,000.00 | | $60,000.00 |
| Zheng, Dan | People's Republic of China | $60,000.00 | | $60,000.00 |
| Zheng, Tingting | People's Republic of China | $50,000.00 | | $50,000.00 |
| Zhou, Qianying | People's Republic of China | $50,000.00 | | $50,000.00 |
| Zhou, Yang | People's Republic of China | $60,000.00 | | $60,000.00 |
| Zimmerman, Craig | Utah, USA | $500,000.00 | | $500,000.00 |
| Zogheib, Roger | Republic of Lebanon | $25,000.00 | | $25,000.00 |
| | **TOTALS:** | **$16,382,626.00** | **$575,000.00** | **$16,907,626.00** |